HALL HUGUENIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HILLS an individual; IVAN RENE MOORE, an individual and as the Executor of the Estate of Ima Moore,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC MORTGAGE HOLDINGS, INC., a suspended Delaware Corporation, *et al.*<br><br>Defendants. | CASE NO. CV1704826-RGK-PJW<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFFS**<br><br>CRTRM.: 850<br><br>JUDGE: Hon. R. Gary Klausner<br>TRIAL DATE: None Set |

## **[PROPOSED] JUDGMENT OF DISMISSAL**

On September 15, 2017, this Court granted the separate Motions to Dismiss by Defendant Orange Coast Title Company; Defendant Steven J. Melmet; and Defendant The Law Offices of Steven J. Melmet; and this Court dismissed the case against all other defendants (collectively, "Defendants"). The Court thus Dismissed Defendants from this action and hereby enters judgment in favor of Defendants and against Plaintiff Ronald Hills, an individual, and Ivan Rene Moore, an individual and as the Executor of the Estate of Ima Moore.

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered against Plaintiffs and in favor of Defendants, and that Defendants shall recover their costs of suit in the amount to be determined by application to the Clerk of the Court.

IT IS SO ORDERED.

DATED: October 13, 2017

_____
Hon. R. Gary Klausner